## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 338 WAL 2016

            Respondent

          v.

GREGORY S. KONTAXES,

            Petitioner

: 
: 
:    Petition for Allowance of Appeal from
:    the Order of the Superior Court
: 
: 
: 
: 
: 
: 

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.